IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBIE J. HOLLIMAN,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION 06-00175-CG-B |
| | * | |
| **MICHAEL J. ASTRUE,** | * | |
| **Commissioner of Social** | * | |
| **Security,** | * | |
| | * | |
| Defendant. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 31, 2008, is **ADOPTED** as the opinion of this Court.

The Commissioner of Social Security has responded and requests that the cause be remanded for further administrative proceedings. He further represents that on remand, the Appeals Council will vacate its denial of the request for review and remand the case to an Administrative Law Judge for further consideration. It is represented that plaintiff has no objection to the request of the Commissioner.

Accordingly, judgement will be entered reversing the Commissioner's decision and remanding the cause pursuant to sentence four of 42 U.S.C. 405(g), for further administrative action.

**DONE** and **ORDERED** this the 22nd day of February, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**