## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBIE J. HOLLIMAN,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION 06-00175-CG-B** |
| | * | |
| **MICHAEL J. ASTRUE,** | * | |
| **Commissioner of Social** | * | |
| **Security,** | * | |
| | * | |
| **Defendant.** | * | |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED,**

**ADJUDGED,** and **DECREED** that Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. 13)

is **DENIED**, that the Commissioner's decision is hereby **REVERSED**, and the cause is **REMANDED** to

the Commissioner, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative action.

**DONE** and **ORDERED** this the 22nd day of February, 2008.


/s/ Callie V. S. Granade_____
**CHIEF UNITED STATES DISTRICT JUDGE**