# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBIE J. HOLLIMAN,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION 06-00175-CG-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of Social | * |
| Security, | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 27, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 17th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE