IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOBBIE J. HOLLIMAN,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 06-00175-CG-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of Social | * |
| Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), that the award be limited to the EAJA rate of $162.32 per hour, thereby resulting in an award of $3,798.29 for 23.4 attorney hours spent representing Plaintiff in connection with this action**.**

**DONE** and **ORDERED** this the 17th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE